IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JASON JACOB | : Case No. 16-10589 TPA |
| | :     Chapter 7 |
| *Debtor* | : |
| | : |
| JASON JACOB | : ADV PRO NO _____ |
| *Plaintiff* | : DOC. NO. _____ |
| | : |
| v. | : |
| | : |
| NATIONAL COLLEGIATE STUDENT LOAN | : |
| TRUST | : |
| *Defendant* | : |

## **ORDER**

AND NOW, to-wit, this \_\_\_\_\_ day of _____, 2021, upon consideration of the Adversary Complaint for Dischargeability of Debt filed in this case, it is hereby Ordered that the Defendant's student loan debt to National Collegiate Student Loan Trust is hereby determined to be DISCHARGEABLE in accordance with the Federal Bankruptcy Code.

_____
THOMAS P. AGRESTI
United States Bankruptcy Judge